UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
LOUIS MALZONE,                          )
                                        )
    Plaintiff,                          )
                                        )
      v.                                )
                                        )
SEIU AFFILIATES OFFICERS AND EMPLOYEES  )
PENSION PLAN, AFFILIATED TRUST FUNDS OF )   C.A. No.: 1:21-cv-10679-NMG
SEIU, SEIU LOCAL 32BJ, MASSACHUSETTS    )
SERVICE EMPLOYEES PENSION FUND and BOSTON )
BUILDING SERVICE EMPLOYEES TRUST FUND,  )
                                        )
    Defendants.                         )
_____)

### *ASSENTED TO* MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

NOW COMES Defendants Service Employees International Union Affiliates, Officers, and Employees' Pension Plan, Massachusetts Service Employees Pension Fund, and Boston Building Service Employees Trust Fund (collectively, "Defendants") who hereby move the Court for an extension of the deadline by which Defendants must file an answer or other responsive pleading up to and including October 4, 2021. Such an extension is necessary to provide the parties additional time to discuss settlement in an attempt to resolve this matter without the use of additional court resources and to provide counsel additional time to prepare and file an answer or other responsive pleading, if necessary. Plaintiff's counsel has consented to this motion.

WHEREFORE, Defendants respectfully requests that this Court extend the deadline by which Defendant must file an answer or other responsive pleading up to and including October 4, 2021.

Dated: August 31, 2021                    Respectfully submitted,

_____

Lauren P. McDermott (motion for admission *pro hac vic*e forthcoming)

Andrew K. Lin (motion for admission *pro hac vic*e forthcoming)
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 783-0010
lmcdermott@mooneygreen.com


   /s/ Thomas R. Landry
Thomas R. Landry, Esq. BBO#625004
KRAKOW, SOURIS & LANDRY, LLC
225 Friend Street
Boston, Massachusetts 02114
(617) 723-8440
tlandry@krakowsouris.com

*Attorneys for Defendant SEIU Affiliates Officers and Employees Pension Plan*

_____

Elisabeth Oppenheimer (motion for admission *pro hac vic*e forthcoming)
Bredhoff & Kaiser, PLLC
805 15th Street NW, Suite 1000
Washington DC 20005
Telephone: (202) 842-2600
eoppenheimer@bredhoff.com

*Attorney for Defendants Massachusetts Service Employees Pension Fund and Boston Building Service Employees Trust Fund*

## **LOCAL RULE 7.l(A)(2) CERTIFICATION**
## **AND CERTIFICATE OF SERVICE**

      I, Thomas R. Landry, hereby certify that counsel for Defendant SEIU Affiliates Officers and Employees Pension Plan conferred with counsel for the plaintiff on August 24, 2021. Plaintiff consents to this motion.

      I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 31, 2021.

                                              /s/ *Thomas R. Landry*